SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
tkennedy@sheppardmullin.com
RYAN J. KRUEGER, Cal Bar No. 293994
rkrueger@sheppardmullin.com
EMMA HUSSEMAN, Cal. Bar No. 347097
ehusseman@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3640
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants
CAPITAL GROUP COMPANIES
GLOBAL and THE CAPITAL
GROUP COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TETRAULT,<br><br>      Plaintiff,<br><br>    v.<br><br>CAPITAL GROUP COMPANIES GLOBAL, THE CAPITAL GROUP COMPANIES, INC., and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No. 2:23-cv-05144 WLH (Ex)<br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS AND NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS**<br><br>Disc. Cutoff:  Dec. 16, 2024<br>Trial Date:    Sept. 22, 2025 |

OBJECTIONS TO DEPOSITION DESIGNATIONS AND NOTICE OF LODGING

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Christian Tétrault has lodged the deposition transcripts of Andrea Gill and Canise Arrendondo via e-mail with the clerk of court. Plaintiff designations of these deposition transcripts and defendants Capital Group Companies Global and The Capital Group Companies, Inc.'s objections to those designations are as follows:

**Andrea Gill Deposition**

| Plaintiff's Designations | | Defendants' Objections to Designations | Defendants' Counter Designations | | Plaintiff's Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 7:18 | 7:20 | | | | |
| 11:5 | 11:10 | | | | |
| 13:18 | 13:21 | | | | |
| 14:6 | 15:12 | | | | |
| 16:8 | 16:11 | | | | |
| 17:6 | 17:25 | Confidential | | | |
| 18:15 | 19:6 | Confidential | | | |
| 22:16 | 22:18 | Confidential | | | |
| 22:22 | 23:3 | Confidential | | | |
| 23:11 | 23:19 | | | | |
| 55:3 | 55:12 | | | | |
| 150:16 | 152:10 | 401; 403; lack of foundation; lack of personal knowledge; legal conclusion. | | | |
| 152:17 | 154:2 | 401; 403; lack of foundation; lack of personal knowledge; legal conclusion. | | | |

| Line Start | Line End | Basis | | | |
|---|---|---|---|---|---|
| 171:5 | 171:15 | 401; 403; lack of foundation; lack of personal knowledge; legal conclusion. | | | |
| 188:8 | 188:17 | 401; 403; lack of foundation; lack of personal knowledge; legal conclusion. | | | |

**Canise Arredondo Deposition**

| Plaintiff's Designations | | Defendants' Objections to Designations | Defendants' Counter Designations | | Plaintiff's Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 10:1 | 13:25 | | | | |
| 19:14 | 20:16 | 401; 403; lack of foundation; lack of personal knowledge; legal conclusion. | | | |
| 22:14 | 22:22 | 401; 403; lack of foundation; lack of personal knowledge; legal conclusion. | | | |
| 142:3 | 142:8 | Speculation | | | |
| 167:16 | 167:18 | Speculation | | | |
| 167:23 | 168:1 | Speculation | | | |

DATED:  September 18, 2025

WASKOWSKI JOHNSON YOHALEM LLP
By: /s/ *Seth Yohalem*
Attorneys for Plaintiff
Christian Tétrault

-2-

OBJECTIONS TO DEPOSITION DESIGNATIONS AND NOTICE OF LODGING

1  Dated: September 18, 2025

2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4  By  /s/ Tracey A. Kennedy
5  TRACEY A. KENNEDY
6  RYAN J. KRUEGER

7  Attorneys for Defendants
   CAPITAL GROUP COMPANIES
8  GLOBAL and THE CAPITAL GROUP
   COMPANIES, INC.