SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
tkennedy@sheppardmullin.com
RYAN J. KRUEGER, Cal Bar No. 293994
rkrueger@sheppardmullin.com
EMMA HUSSEMAN, Cal. Bar No. 347097
ehusseman@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3640
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants
CAPITAL GROUP COMPANIES GLOBAL and THE CAPITAL GROUP COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TETRAULT,<br><br>            Plaintiff,<br><br>       v.<br><br>CAPITAL GROUP COMPANIES GLOBAL, THE CAPITAL GROUP COMPANIES, INC., and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-05144 WLH (Ex)<br>Hon. Wesley L. Hsu<br>Magistrate Judge:    Hon. Charles F. Eick<br><br>**DEFENDANTS' DEPOSITION DESIGNATIONS OF FRANCOIS NOTE AND CHRISTIAN TETRAULT**<br><br>Disc. Cutoff:        Dec. 16, 2024<br>Pretrial Conf:       Aug. 29, 2025<br>Trial Date:          Sept. 22, 2025 |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Capital Group Companies Global and the Capital Group Companies, Inc. has lodged the deposition transcripts of Plaintiff Christian Tétrault and Francois Note. Defendants' designations of these transcripts, and Plaintiff's objections to those designations are as follows:

**Christian Tétrault's Deposition Dated October 30, 2024**

| Defendants Designations | | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendant's Objections to Counter-Designations |
|---|---|---|---|---|---|---|
| Line Start | Line End | | Basis | Line Start | Line End | Basis |
| 7:16 | 20 | | | 12:3-5 | | |
| 8:19 | 9:2 | | F.R.E. 401, 403 | 12:15-13:4 | | |
| 10:18 | 25 | | | 16:2-17:18 | | |
| 11:3 | 12:2 | | | 31:14-18 | | |
| 12:6 | 19 | | | 33:20-35:22 | | |
| 14:12 | 25 | | | 45:18-46:2 | | |
| 15:24 | 16:1 | | | 46:13-48:14 | | |
| 18:23 | 25 | | | 65:12-66:8 | | |
| 19:19 | 21:11 | | | 73:24-74:3 | | |
| 21:12 | 24 | | | 75:23-76:24 | | |
| 23:3 | 13 | | | 90:1 | | |
| 31:1 | 13 | | F.R.E. 401, 403 | 195:23-25 | | |
| 33:10 | 19 | | | 107:10-19 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38:17 | 39:1 | F.R.E. 401, 403 | 110:22-111:7 | | | |
| 39:20 | 40:1 | | 188:16-191:1 | | | |
| 40:2 | 13 | | 216:11-222:22 | | | |
| 45:11 | 17 | | 285:22-286:5 | | | |
| 46:3 | 12 | | | | | |
| 48.20 | 49:5 | F. R. E. 401, 403 | | | | |
| 49:6 | 50:11 | F. R. E. 401, 403 | | | | |
| 50:12 | 21 | F. R. E. 401, 403 | | | | |
| 52:14 | 53:2 | | | | | |
| 54:14 | 55:11 | | Errata Page | | | |
| 61:20 | 62:23 | F.R.E. 401, 403 | | | | |
| 63:6 | 13 | F.R.E. 401, 403 | | | | |
| 64:12 | 19 | F.R.E. 401, 403 | | | | |
| 65:6 | 9 | F.R.E 401, 403 | | | | |
| 67:19 | 24 | F.R.E. 401, 403 | | | | |
| 73:18 | 23 | | | | | |
| 74:4 | 6 | | | | | |
| 75:3 | 8 | F.R.E. 401, 403 | | | | |
| 75:14 | 22 | | | | | |
| 82:1 | 13 | | | | | |
| 83:7 | 84:1 | | | | | |
| 89:11 | 25 | Objection – cuts off answer one line before finished | | | | |
| 101:7 | 20 | Objection – incomplete question – question starts on line 2 | | | | |
| 104:22 | 105:5 | | | | | |
| 105:13 | 22 | | | | | |
| 107:6 | 9 | | | | | |
| 109:19 | 110:21 | | | | | |
| 113:6 | 114:16 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 150:22 | 151:7 | | | | |
| 152:7 | 24 | | | | |
| 153:12 | 22 | | | | |
| 188:11 | 15 | | | | |
| 194:14 | 195:15 | Objection – line number does not correspond to a question | | | |
| 213:4 | 22 | | | | |
| 214:15 | 21 | | | | |
| 215:3 | 7 | | | | |
| 222:23 | 223:1 | | | | |
| 229:8 | 231:13 | | | | |
| 237:7 | 25 | | | | |
| 271:22 | 272:7 | | | | |
| 279:20 | 25 | F.R.E. 401, 403 | | | |
| 280:23 | 25 | | | | |
| 281:1 | 4 | | | | |
| 286:7 | 11 | | | | |

**Francois Note Deposition Dated December 11, 2024**

| Defendants' Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendants' Objections to Counter-Designations |
|---|---|---|---|---|---|
| Line Start | Line End | Basis | Line Start | Line End | Basis |
| 10:24 | 10:25 | | 10:11 | 10:14 | |
| 11:9 | 11:18 | | 10:21 | 11:7 | |
| 12:17 | 12:21 | | 12:17 | 12:24 | |
| 19:19 | 19:21 | F.R.E. 403, 602: lines 22 and 23 do not include an answer and are speculation. | 14:14 | 14:24 | |
| 19:22 | 20:12 | F.R.E. 602 | 15:8 | 15:13 | |
| 24:13 | 24:18 | F.R.E. 401, 403 | 17:3 | 18:12 | |
| 25:12 | 25:25 | F.R.E. 802; 401; 403 | 19:19 | 19:21 | |
| 26:1 | 26:8 | F.R.E. 401; 403; 602 | 22:9 | 22:16 | |
| 30:8 | 30:17 | F.R.E. 602 | 31:7 | 31:17 | |
| 33:9 | 34:16 | | 35:17 | 35:20 | |
| 35:5 | 35:15 | | 37:21 | 38:10 | |
| 36:6 | 36:19 | | 40:20 | 42:3 | |
| 36:20 | 37:14 | | 42:9 | 42:16 | |
| 37:21 | 38:10 | | 42:23 | 43:5 | |
| 39:12 | 39:21 | | 43:21 | 44:15 | |
| 39:22 | 40:7 | | 45:10 | 46:8 | |
| 40:8 | 40:19 | | 48:14 | 49:19 | |
| 41:4 | 41:12 | | 51:9 | 51:23 | |
| 44:16 | 45:4 | | 52:8 | 52:22 | |
| 47:5 | 51:2 | | 53:2 | 53:6 | |
| 51:17 | 51:23 | | 55:9 | 55:12 | |
| 51:24 | 52:3 | | 73:7 | 73:11 | |
| 52:6 | 52:14 | | 99:14 | 100:9 | |
| 53:7 | 53:18 | | | | |
| 53:19 | 54:3 | | | | |
| 54:21 | 55:8 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 60:1 | 60:16 | | | | |
| 60:17 | 60:20 | | | | |
| 65:2 | 65:21 | F.R.E. 401; 403; 602 | | | |
| 66:6 | 66:21 | | | | |
| 67:8 | 67:24 | F.R.E. 401; 403; 602 | | | |
| 67:25 | 69:4 | Objection to lines 67:25-68:15 under F.R.E; 401; 403; 602 | | | |
| 69:23 | 70:23 | F.R.E. 401; 403 | | | |
| 70:24 | 71:6 | F.R.E. 602; 401; 403 | | | |
| 79:3 | 79:22 | F.R.E. 401; 403; 404 | | | |
| 80:2 | 80:22 | | | | |
| 83:14 | 85:9 | | | | |
| 85:14 | 89:4 | Leading questions (F.R.E. 611); FRE 404; 602 | | | |
| 89:12 | 90:6 | F.R.E. 401; 403; 602 | | | |
| 90:10 | 93:3 | Leading questions (F.R.E. 611); F.R.E. 401; 402; 802 | | | |
| 93:9 | 96:21 | Leading questions (F.R.E. 611); F.R.E. 401; 402; 802 | | | |
| 97:15 | 99:2 | Leading questions (F.R.E. 611) | | | |

Dated: September 19, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Emma Husseman*
TRACEY A. KENNEDY
RYAN J. KRUEGER
EMMA HUSSEMAN

Attorneys for Defendants
CAPITAL GROUP COMPANIES GLOBAL and THE CAPITAL GROUP COMPANIES, INC.

DATED: September 19, 2025         WASKOWSKI JOHNSON YOHALEM LLP

By: */s/ Seth Yohalem*
Attorneys for Plaintiff
Christian Tétrault