UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TETRAULT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL GROUP COMPANIES GLOBAL ET AL,<br><br>　　　　Defendant. | Case No. 2:23-cv-05144-WLH-Ex<br><br>JURY NOTE NO. ___4___ |

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

A) Are we deciding as a Jury the dollar amount for Punitive Damages if we decide it should be awarded.

B) What was the exact dollar amt to the penny of his last years salary in U.S. Dollars.

Dated: _____    ███████████████

　　　　　　　　　　　　　　PRESIDING JUROR

1.