UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TETRAULT<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL GROUP COMPANIES GLOBAL ET AL<br><br>Defendants. | Case No. 2:23-cv-05144-WLH-E<br><br>**RESPONSE TO JURY NOTE NO. 4A** |

The following sets forth the Court's response to Jury Note No. 4A:

Please refer to the instructions that you have been given.

Dated: October 3, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT COURT JUDGE

1.