FILED
10/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN TETRAULT,

        Plaintiff,

v.

CAPITAL GROUP COMPANIES
GLOBAL ET AL,

        Defendant.

Case No. 2:23-cv-05144-WLH-Ex

**JURY NOTE NO.** _____ 7 _____

☒ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _10/3/2025_

PRESIDING JUROR

1.