FILED
U.S DISTRICT COURT
10/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN TETRAULT,

            Plaintiff,

v.

CAPITAL GROUP COMPANIES GLOBAL ET AL,

            Defendant.

Case No. 2:23-cv-05144-WLH-Ex

**JURY NOTE NO.** _____ 8 _____

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_What do we do if 1 juror_

_can't agree on th following decision_

_by other jurors._

Dated: _10/3/25_

█████████████████████████
‎PRESIDING JUROR

1.