FILED
10/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN TETRAULT,

Plaintiff,

v.

CAPITAL GROUP COMPANIES GLOBAL ET AL,

Defendant.

Case No. 2:23-cv-05144-WLH-Ex

**JURY NOTE NO.** 9

☒ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _10/3/25_

████████████████████

PRESIDING JUROR

1