IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TETRAULT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL GROUP COMPANIES GLOBAL, THE CAPITAL GROUP COMPANIES, INC., and DOES 1 to 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.  2-23-cv-05144-WLH-E<br><br>**VERDICT FORM PHASE II**<br><br>Judge:　　　　Hon. Wesley L. Hsu<br>Trial Date:　　Sept. 22, 2025<br>Action Filed:　June 28, 2023 |

## Verdict Form

What amount, if any, of punitive damages do you award plaintiff Christian Tétrault, as to each defendant?

$ __4 million__ as to defendant Capital Group Companies Global.

$ __4 million__ as to defendants The Capital Group Companies, Inc.

Signed: ███████████████
Presiding Juror

Dated: __10/3/2025__

After this verdict form has been signed, notify the officer.