JS-6

# UNITED STATES DISTRICT COURT FOR

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TÉTRAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL GROUP COMPANIES GLOBAL, THE CAPITAL GROUP COMPANIES, INC., and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-05144-WLH<br><br>**JUDGMENT** |

Pursuant to the jury's verdict (Docket Nos. 240 and 247) and this Court's rulings on the parties' post-trial motions (Docket Nos. 272, 273, and 274), it is hereby ordered and adjudged as follows:

Judgment is entered in favor of plaintiff Christian Tétrault ("Plaintiff") and against defendants Capital Group Companies Global and The Capital Group Companies, Inc. ("Defendants") on Plaintiff's claims for retaliation in violation of the California Fair Employment and Housing Act ("FEHA"), wrongful termination in violation of public policy, and wrongful termination in violation of California Labor Code § 1102.5 for a total of $893,391.91 in compensatory damages. Judgment is entered in favor of Defendants on Plaintiff's claims for discrimination in violation of the FEHA, breach of contract, and promissory estoppel.

Punitive damages are awarded to Plaintiff in the total amount of $8,000,000, consisting of $4,000,000 awarded against Capital Group Companies Global and $4,000,000 against the Capital Group Companies, Inc.

Prejudgment interest is awarded to Plaintiff in the amount of $257,542.87 (consisting of $25,871.65 interest on compensatory damages to be paid by both Defendants, $115,835.61 interest on punitive damages to be paid by Capital Group Companies Global, and $115,835.61 interest on punitive damages to be paid by The Capital Group Companies, Inc.), together with an additional $1,705.58 for each day after March 2, 2026, that this judgment remains unsigned (consisting of $171.34 interest per day on compensatory damages to be paid by both Defendants, $767.12 interest per day on punitive damages to be paid by Capital Group Companies Global, and $767.12 interest per day on punitive damages to be paid by The Capital Group Companies, Inc.) based on the applicable 7% interest rate. Cal. Civ. Code 3287(c).

Attorneys' fees are awarded to Plaintiff in the amount of $4,580,675.77.

Costs are awarded to Plaintiff in the amount of $243,855.86.

-1-

The total amount awarded under this judgment if entered on March 3, 2026 is $13,975,466.41.

Post-judgment interest will accrue on all amounts awarded herein in the amount of $1,343.94 per day, based on the applicable interest rate of 3.51%. 28 U.S.C. § 1961(a). Plaintiff is further awarded additional post-judgment interest on fees and costs in the amount of $9,278.96, for the period between February 11, 2026 (the date of entry of the Court's order granting fees and costs) and March 2, 2026 (the day prior to the date of Plaintiff's submission of his proposed judgment).

**IT IS SO ORDERED.**

Dated: March 3, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-2-